**Frederick M. Cummings - 010589**
fcummings@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911

Attorneys for Defendant GMAC Mortgage, Ltd.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JP Morgan Chase Bank, N.A., | No. |
| Plaintiff | |
| vs. | **CORPORATE DISCLOSURE STATEMENT** |
| GMAC Mortgage, LLC, a foreign limited liability company, | |
| Defendant | |

This Corporate Disclosure Statement is filed on behalf of Defendant GMAC Mortgage, LLC ("GMACM"), in compliance with the provisions of: (check one)

_X_ Rule 7.1 of the Federal Rules of Civil Procedure - a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

___ Rule 12.4(a)(1) of the Federal Rules of Criminal Procedure – any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

___ Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure – if an organizational victim of alleged criminal activity is a corporation the

1

3234873v1(99999.8)

government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

___ No such corporation.

_X_ Party is a parent, subsidiary or other affiliate of the publicly owned **General Motors Corporation** which owns 10% or more of GMACM stock.

___ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

___ Other

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this 17th day of July, 2009.

JENNINGS, STROUSS & SALMON, P.L.C.

By  s/ Frederick M. Cummings
    Frederick M. Cummings
    The Collier Center, 11th Floor
    201 East Washington Street
    Phoenix, Arizona  85004-2385
    *Attorneys for Defendant GMAC Mortgage, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing the following CM/ECF registrants:

Douglas C. Erickson
Jennifer A. Sparks
Maynard Cronin Erickson Curran & Sparks, PLC
3200 N. Central Avenue, Suite 1800
Phoenix, Arizona 85012
*Attorneys for Plaintiff*

 s/ Cathy A. Sink

2

3234873v1(99999.8)