# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JP Morgan Chase Bank NA ) | |
| Plaintiff(s)/Petitioner(s), ) | |
| ) | CASE NO: CV-09-1473-PHX-SRB |
| vs. ) | |
| ) | Application of Attorney For Admission To Practice |
| GMAC Mortgage, LLC ) | Pro Hac Vice Pursuant to LRCiv 83.1(b)(3) |
| Defendant(s)/Respondent(s) ) | |

FILED ___ LODGED ___
RECEIVED ___ COPY ___
AUG 2 7 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, **D. Brian O'Dell**, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of **GMAC Mortgage, LLC**.

CITY AND STATE OF PRINCIPAL RESIDENCE: **Birmingham, Alabama**
FIRM NAME: **Bradley Arant Boult Cummings**
ADDRESS: **One Federal Place, 1819 Fifth Avenue North** SUITE: ___
CITY: **Birmingham** STATE: **AL** ZIP: **35203**
FIRM/BUSINESS PHONE: ( ) **205-521-8226**
FIRM FAX PHONE: ( ) **205-488-6226** E-MAIL ADDRESS: **bodell@babc.com**

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| see attached | | (Yes) / No* |
| | | Yes / No* |
| | | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? Y/(N)
Have you ever been disbarred from practice in any Court? Y/(N)

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

**08/21/09**
Date

Signature of Applicant

Fee Receipt # **phx087906**

(Rev. 01/09)

Court's Brian O'Dell Admitted:

| Jurisdiction | Date of Admission |
| --- | --- |
| ALABAMA STATE BAR | 09/29/98 |
| Alabama State Courts | 09/29/98 |
| Alabama Supreme Court | 09/29/98 |
| U.S. District Court, Northern District of Alabama | 01/27/99 |
| U.S. District Court, Middle District of Alabama | 10/14/98 |
| U.S. District Court, Southern District of Alabama | 02/10/99 |
| U.S. Court of Appeals, Fifth Circuit | 11/18/02 |
| U.S. Court of Appeals, Eleventh Circuit | 08/12/02 |
| GEORGIA STATE BAR | 07/17/01 |
| Supreme Court of Georgia | 05/26/03 |
| U.S. District Court, Northern District of Georgia | 01/12/04 |
| FLORIDA STATE BAR | 09/22/03 |
| U.S. District Court, Middle District of Florida | 06/02/04 |
| U.S. District Court, Southern District of Florida | 04/09/04 |
| DISTRICT OF COLUMBIA STATE BAR | 03/01/04 |
| MISSISSIPPI STATE BAR | 10/12/04 |
| Mississippi Supreme Court | 10/12/04 |
| U.S. District Court, Northern District of Mississippi | 10/12/04 |
| U.S. District Court, Southern District of Mississippi | 10/12/04 |
| TEXAS STATE BAR | 06/10/04 |
| U.S. District Court, Northern District of Texas | 09/25/07 |
| TENNESSEE STATE BAR | 04/23/04 |
| Tennessee Supreme Court | 10/04/04 |
| NEW YORK STATE BAR | 07/22/09 |

1/1654595.1

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **D. BRIAN O'DELL** was duly admitted to practice in said Court on **January 27, 1999,** and is in good standing as a member of this bar of said Court. Dated at Birmingham, Alabama, on August 20, 2009.

SHARON HARRIS, CLERK

By: _/s/ Catabi_____
Deputy-Clerk
